■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARIMOT SANUSI, Appellant. [897 NYS2d 667]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Richmond County (Rienzi, J.), imposed July 2, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Santucci, Dickerson and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PURA SIMANCAS, Appellant. [897 NYS2d 667]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (J. Doyle, J.), imposed March 23, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Dillon, J.P., Angiolillo, Belen and Roman, JJ., concur.